UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELIDA CHAVEZ-MARTINEZ, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br>     Defendant. ) <br> _____ ) | Hon. Robert J. Jonker <br><br> Case No. 1:17-cv-01059-RJJ-PJG |

**REPORT AND RECOMMENDATION**

This is a social security action brought under 42 U.S.C. §§ 405(g), 1383(c)(3), seeking judicial review of a final decision of the Commissioner of Social Security finding that plaintiff was not entitled to disability insurance benefits (DIB) and Supplemental Security Income (SSI) benefits. Plaintiff filed her complaint on December 1, 2017.

On February 20, 2018, the briefing schedule was issued in this matter. (ECF No. 8). Plaintiff's initial brief was due March 20, 2018; Defendant's brief was due April 17, 2018; and Plaintiff's reply brief due May 1, 2018.

On March 30, 2018, ten days after plaintiff's deadline for filing her initial brief, the undersigned issued an Order to Show Cause. (ECF No. 13). On April 6, 2018, plaintiff filed a response. (ECF No. 14). Nowhere in plaintiff's response did she request an extension of time or indicate that her brief would be filed in a timely

manner. On April 23, 2018, plaintiff filed documents that the Court has labeled as an exhibit. (ECF No. 16). This filing consists solely of plaintiff's medical records Spectrum Health office visits from October 2017 to April 2018. Again, plaintiff provides no indication of an intent to file her initial brief, much less has she requested an extension of time to do so.

Accordingly, I recommend that this case be dismissed, without prejudice, for want of prosecution and for repeated failure to comply with the Court's orders and rules. *See* FED. R. CIV. P. 41(b).


Date: May 23, 2018                                              /s/ Phillip J. Green
                                                                PHILLIP J. GREEN
                                                                United States Magistrate Judge


**NOTICE TO PARTIES**

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b). Failure to file timely and specific objections may constitute a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008). General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).