UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIDA CHAVEZ-MARTINEZ,

    Plaintiff,

v.

File no: 1:17-CV-1059

HON. ROBERT J. JONKER

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation (ECF NO. 18) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

This case is dismissed, without prejudice, for want of prosecution and for repeated failure to comply with Court orders.

Date: June 14, 2018

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE